# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO VALENCIA,<br><br>    Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON,<br><br>    Respondent. | Case No. 1:19-cv-000260-DAD-EPG-HC<br><br>ORDER REGARDING PETITIONER'S STATUS REQUEST<br><br>(ECF No. 14)<br><br>ORDER GRANTING PETITIONER EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER COPIES OF MOTION TO DISMISS AND FINDINGS AND RECOMMENDATION |

On September 30, 2019, Petitioner filed the instant request regarding the status of the case. Therein, Petitioner indicates that the only documents he has received regarding this proceeding are copies of the local rules, an order authorizing *in forma pauperis* status, and the jurisdictional consent forms. (ECF No. 14).

On April 23, 2019, Respondent filed a motion to dismiss the petition as untimely. (ECF No. 12). The declaration of service indicates that the motion was served on Petitioner by mailing it to Petitioner's current address. (ECF No. 12 at 3).[1] On June 6, 2019, the undersigned issued findings and recommendation to grant the motion to dismiss and dismiss the petition. (ECF No.

---
[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

13). The findings and recommendation was served on Petitioner by mailing it to Petitioner's current address. Although the address the Court has on file for Petitioner matches the address included in the instant status request, the findings and recommendation was returned as undeliverable with a notation of "refused."

In light of Petitioner's claim that he did not receive the findings and recommendation, IT IS HEREBY ORDERED that:

1. Petitioner is GRANTED **thirty (30)** days from the date of service of this order to file objections to the findings and recommendation; and
2. The Clerk of Court is DIRECTED to send Petitioner copies of Respondent's motion to dismiss (ECF No. 12) and the findings and recommendation (ECF No. 13).

IT IS SO ORDERED.

Dated: **October 2, 2019**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE