# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO VALENCIA PINEDA,[1]<br><br>Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON,<br><br>Respondent. | Case No. 1:19-cv-00260-DAD-EPG-HC<br><br>ORDER VACATING JUNE 6, 2019 FINDINGS AND RECOMMENDATION (ECF No. 13)<br><br>ORDER DIRECTING PETITIONER TO FILE RESPONSE TO RESPONDENT'S REPLY TO OBJECTIONS (ECF No. 19)<br><br>ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION AND SEND PETITIONER A COPY OF RESPONDENT'S REPLY TO OBJECTIONS |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 6, 2019, the undersigned issued findings and recommendation recommending that Respondent's motion to dismiss be granted and the petition be dismissed as untimely. (ECF No. 13). On November 22, 2019, Petitioner filed objections to the findings and recommendation, arguing that he is entitled to equitable tolling. (ECF No. 18). On December 2, 2019, Respondent filed a reply to the objections. (ECF No. 19).

The statutory limitation period is subject to equitable tolling if a petitioner demonstrates "'(1) that he has been pursuing his rights diligently, and (2) that some extraordinary

---

[1] When commencing this action, Petitioner listed his name as Luis Alberto Valencia. (ECF No. 1 at 1). Throughout this proceeding, various court documents have been returned as undeliverable because Petitioner's name and CDC# do not match. In his objections, Petitioner refers to himself as "Luis Alberto Valencia (Pineda)." (ECF No. 18 at 1).

1

circumstance stood in his way' and prevented timely filing." Holland v. Florida, 560 U.S. 631, 649 (2010) (quoting Pace v. DiGuglielmo, 544 U.S. 408, 418 (2005)). The petitioner bears the "heavy burden" of showing that he is entitled to equitable tolling. Chaffer v. Prosper, 592 F.3d 1046, 1048 (9th Cir. 2010) (per curiam).

Accordingly, the Court HEREBY ORDERS:

1. The findings and recommendation issued on June 6, 2019 (ECF No. 13) is VACATED;
2. Within thirty (30) days of the date of service of this order, Respondent shall file a response to Respondent's reply to the objections;
3. The Clerk of Court is DIRECTED to amend the caption to reflect Luis Alberto Valencia **Pineda** as Petitioner; and
4. The Clerk of Court is DIRECTED to send a copy of Respondent's reply to the objections (ECF No. 19) to Petitioner.

IT IS SO ORDERED.

Dated: **December 3, 2019**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE